# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, et al.,

Plaintiffs,

v.

BRIAN SANDOVAL, et al.,

Defendants.

Case No. 2:17-cv-02315-JCM-CWH

**ORDER**

Presently before the Court is proposed Intervenor-Defendant Nevada Legislature's motion to intervene (ECF No. 39), filed on September 26, 2017. Plaintiffs filed a response (ECF No. 41) on September 29, 2017, in which they informed the Court that they do not oppose the Nevada Legislature's motion.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." The Court will therefore grant the Nevada Legislature's motion to intervene.

IT IS THEREFORE ORDERED that proposed Intervenor-Defendant Nevada Legislature's motion to intervene (ECF No. 39) is GRANTED.

DATED: October 3, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1