UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHARMACEUTICAL RESEARCH and MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SANDOVAL, et al.,<br><br>Defendants. | Case No. 2:17-cv-02315-JCM-CWH<br><br>ORDER |

Presently before the court is plaintiffs Pharmaceutical Research and Manufacturers of America ("PRMA") and Biotechnology Innovation Organization's ("BIO") motion for a preliminary injunction. (ECF No. 27). As the court ruled in the hearing on plaintiffs' motion, the plaintiffs have not demonstrated that immediate and irreparable harm will occur absent injunctive relief.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' motion for a preliminary injunction (ECF No. 27) be, and the same hereby is, DENIED.

DATED THIS 17th day of October, 2017.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE