PAT LUNDVALL
Nevada Bar No. 3761
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

Robert N. Weiner
Admitted Pro Hac Vice
Jeffrey L. Handwerker
Admitted Pro Hac Vice
R. Stanton Jones
Admitted Pro Hac Vice
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
robert.weiner@apks.com
jeffrey.handwerker@apks.com
stanton.jones@apks.com

*Attorneys for Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA and BIOTECHNOLOGY INNOVATION ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada,<br><br>RICHARD WHITLEY, in his official capacity as Director of the Nevada Department for Health and Human Services, and<br><br>NEVADA LEGISLATURE,<br><br>Defendants. | Case No.: 2:17-cv-02315-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DUE DATES**<br><br>**(First Request)** |

On October 5, 2017, Nevada Legislature ("Legislature") filed its Motion for Summary Judgement. (ECF no. 46). On October 26, 2017, plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization ("PhRMA and BIO") opposed the Legislature's Motion for Summary Judgment (ECF no. 65) and filed a Countermotion for Summary Judgment (ECF no. 66).

The parties wish to consolidate and to extend due dates for the Legislature's reply in support of its motion for summary judgment with its opposition to PhRMA and BIO's motion for summary judgment, and establish a single due date for that consolidated brief, which is limited to 30 pages, excluding exhibits, under LR 7-3(a). A similar extension for the due date for defendants Brian Sandoval and Richard Whitley ("State Defendants") to oppose PhRMA/BIO's motion for summary judgment will allow PhRMA and BIO to consider both oppositions before filing any reply and any consolidated reply will be limited to 30 pages, excluding exhibits.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the parties, pursuant to LR IA 6-1, that the Legislature may file a consolidated brief, which is limited to 30 pages, excluding exhibits, under LR 7-3(a), as its reply in support of its motion for summary judgment and an opposition to PhRMA/BIO's countermotion for summary judgment on November 20, 2017, and that the State Defendants may file their opposition to PhRMA/BIO's motion for summary judgment on November 20, 2017. Any consolidated reply from PhRMA and BIO will be due on December 4, 2017 and will be limited to 30 pages, excluding exhibits.

**IT IS FURTHER STIPULATED AND AGREED**, that the parties execute this stipulation in good faith and not for the purposes of delay, and that they do not to waive

/ / /
/ / /
/ / /
/ / /
/ / /

any substantive or procedural right.  The parties have not previously requested any extension of the due dates referenced herein.

DATED this 3rd day of November 2017.

| MCDONALD CARANO LLP | NEVADA LEGISLATIVE COUNSEL BUREAU LEGAL DIVISION |
|---|---|
| By: /s/ Pat Lundvall <br>Pat Lundvall<br>2300 W. Sahara Avenue<br>Suite 1200<br>Las Vegas, Nevada 89148<br>Tel:  (702) 873-4100<br><br>Robert N. Weiner<br>Admitted Pro Hac Vice<br>Jeffrey L. Handwerker<br>Admitted Pro Hac Vice<br>R. Stanton Jones<br>Admitted Pro Hac Vice<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone:  (202) 942-5000<br><br>*Attorneys for Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization* | By: /s/ Kevin C. Powers <br>Brenda J. Erdoes, Legislative Counsel<br>Nevada Bar No. 3644<br>Kevin C. Powers, Chief Litigation Counsel<br>Nevada Bar No. 6781<br>401 Carson Street<br>Carson City, NV  89701<br>Tel:  (775) 684-6830<br>*Attorneys for Defendant Nevada Legislature*<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: /s/ Linda C. Anderson <br>Adam Paul Laxalt<br>Attorney General<br>Linda C. Anderson<br>Chief Deputy Attorney General<br>Nevada Bar No. 4090<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>Tel:  (702) 486-3077<br>*Attorneys for State Defendants* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 7, 2017
_____