Pat Lundvall (NSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

Robert N. Weiner
Admitted *Pro Hac Vice*
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
R. Stanton Jones
Admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
robert.weiner@apks.com
jeffrey.handwerker@apks.com
stanton.jones@apks.com

*Attorneys for Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA and BIOTECHNOLOGY INNOVATION ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; RICHARD WHITLEY, in his official capacity as Director of the Nevada Department for Health and Human Services; and the NEVADA LEGISLATURE,<br><br>Defendants. | Case No.: 2:17-cv-02315-JCM-CWH<br><br>**STIPULATION AND ORDER**<br>**(First Request)** |

Plaintiffs Pharmaceutical Research and Manufacturers of America ("PhRMA") and Biotechnology Innovation Organization ("BIO") (together, "Plaintiffs"), and Defendants Brian

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1 Sandoval, in his official capacity as Governor of the State of Nevada, Richard Whitley, in his official
2 capacity as Director of the Nevada Department of Health and Human Services (collectively the
3 "State"), and the Nevada Legislature (the "Legislature"), stipulate and agree as follows:

4     On September 1, 2017, Plaintiffs commenced this action seeking declaratory and injunctive
5 relief pursuant to 42 U.S.C. § 1983, concerning Nevada Senate Bill No. 539 ("SB 539"). Plaintiffs
6 and the Legislature have filed cross-motions for summary judgment, and those cross-motions are
7 presently pending before the Court. The Legislature recently filed a Motion for Leave to Supplement
8 the Summary Judgment Record (the "Motion"). Ecf. no. 86. Plaintiffs' response to that Motion is
9 currently due May 17, 2018. Plaintiffs, the State and the Legislature agree to an extension of time
10 from May 17, 2018 to May 24, 2018 for Plaintiffs to respond to that Motion.

11     This extension is not sought for delay. This extension is a first request. The Motion seeks
12 to supplement the summary judgment record with proposed regulations implementing SB 539. On
13 May 16, 2018, the Legislative Commission of the Nevada Legislature is holding a meeting to
14 consider the proposed regulations. The outcome of that meeting may have a bearing both on the
15 content of and timing of completion for the regulatory process. Plaintiffs thus seek this one-week
16 extension to May 24, 2018 to enable Plaintiffs to consider any impact the May 16 hearing may have

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

on the proposed regulations before submitting their response to the Legislature's Motion.

Presented by:

/s/ Pat Lundvall
Pat Lundvall (NSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

/s/ Linda C. Anderson
Linda C. Anderson (NSBN 4090)
Nevada Attorney General's Office
555 E. Washington Ave.
Suite 3900
Las Vegas, NV 89101
Telephone: (702) 486-3077
landerson@ag.nv.gov
*Attorney for Defendants Brian Sandoval and Richard Whitley*

Robert N. Weiner
Jeffrey L. Handwerker
R. Stanton Jones
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000

*Attorneys for Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization*

/s/ Kevin C. Powers
Kevin C. Powers (NSBN 6781)
Chief Litigation Counsel
Nevada Legislative Counsel Bureau, Legal Division
401 S. Carson Street
Carson City, Nevada 89701
Telephone: (775) 684-6830
kpowers@lcb.state.nv.us

*Attorney for Defendant Nevada Legislature*

It is SO ORDERED this __18__ day of __May__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE