Pat Lundvall (NSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

Robert N. Weiner
Admitted *Pro Hac Vice*
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
R. Stanton Jones
Admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
robert.weiner@apks.com
jeffrey.handwerker@apks.com
stanton.jones@apks.com

*Attorneys for Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA and BIOTECHNOLOGY INNOVATION ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; RICHARD WHITLEY, in his official capacity as Director of the Nevada Department for Health and Human Services; and the NEVADA LEGISLATURE,<br><br>Defendants. | Case No.: 2:17-cv-02315-JCM-CWH<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization (together, "Plaintiffs"), by

1 and through their undersigned counsel, hereby move unopposed for voluntary dismissal of this action
2 and state as follows:

3       On September 1, 2017, Plaintiffs filed their complaint against Defendants Governor Brian
4 Sandoval and Nevada Department of Health and Human Services Director Richard Whitley, in their
5 official capacities, seeking injunctive relief and a declaration that Nevada Senate Bill 539 is
6 unconstitutional on the grounds that it conflicts with federal patent law and the 2016 Defend Trade
7 Secrets Act, constitutes an unlawful government taking of trade secrets under the Fifth and
8 Fourteenth Amendments, and violates the Commerce Clause of Article I. ECF No. 1.

9       On October 3, 2017, the Court permitted the Nevada Legislature to intervene as a defendant
10 (collectively with Governor Sandoval and Director Whitley, "Defendants"). ECF No. 43.

11       On October 4, 2017, Governor Sandoval and Director Whitley answered the complaint, ECF
12 No. 44, and, on October 5, 2017, the Legislature answered, ECF No. 45.

13       Pending before the Court are the parties' cross-motions for summary judgment. *See, e.g.,*
14 ECF Nos. 46, 66.

15       Plaintiffs have met and conferred with Defendants regarding the filing of this motion.
16 Plaintiffs have agreed to move for voluntary dismissal without prejudice in light of the
17 acknowledgements, assurances, changed circumstances, and reservation of rights described in the
18 parties' June 28, 2018 joint status report. ECF No. 95. Defendants do not oppose.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Plaintiffs therefore respectfully request that the Court dismiss the complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

Dated: June 28, 2018.

/s/ *Pat Lundvall*
Pat Lundvall (NSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

Robert N. Weiner
Jeffrey L. Handwerker
R. Stanton Jones
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000

*Attorneys for Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano, and that on the 28th day of June, 2018, a true and correct copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ *Beau Nelson*
An employee of McDonald Carano LLP

Proposed Order

| | |
|---|---|
| 1 | Pat Lundvall (NSBN 3761) |
| 2 | McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200 |
| 3 | Las Vegas, NV 89102<br>Telephone: (702) 873-4100 |
| 4 | lundvall@mcdonaldcarano.com |
| 5 | Robert N. Weiner |
| 6 | Admitted *Pro Hac Vice*<br>Jeffrey L. Handwerker |
| 7 | Admitted *Pro Hac Vice*<br>R. Stanton Jones |
| 8 | Admitted *Pro Hac Vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP |
| 9 | 601 Massachusetts Avenue, NW |
| 10 | Washington, DC 20001<br>Telephone: (202) 942-5000 |
| 11 | robert.weiner@apks.com<br>jeffrey.handwerker@apks.com |
| 12 | stanton.jones@apks.com |
| 13 | *Attorneys for Plaintiffs Pharmaceutical* |
| 14 | *Research and Manufacturers of America and*<br>*Biotechnology Innovation Organization* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA and BIOTECHNOLOGY INNOVATION ORGANIZATION,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; RICHARD WHITLEY, in his official capacity as Director of the Nevada Department for Health and Human Services; and the NEVADA LEGISLATURE,<br><br>        Defendants. | Case No.: 2:17-cv-02315-JCM-CWH<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL** |

Having reviewed Plaintiffs Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization's Unopposed Motion for Voluntary Dismissal Without Prejudice, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the instant action, *Pharmaceutical Research and Manufacturers of America, et al. v. Sandoval, et al.*, Case No. 2:17-cv-02315-JCM-CWH, is hereby dismissed without prejudice, each party to bear its own costs.

It is SO ORDERED June 28, 2018.


United States District Judge

